Roger S. Doyle, Esq.
Nevada Bar No. 010876
R. Shawn Oliphant, Esq.
Nevada Bar No. 6441
FAHRENDORF, VILORIA,
   OLIPHANT & OSTER L.L.P.
P.O. Box 3677
Reno, Nevada 89505
(775) 348-9999
Attorneys for Plaintiff Benito Puentes

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

BENITO R. PUENTES, an individual,

                 Plaintiff,

vs.

BANK OF AMERICA, N.A., a foreign corporation, CAL-WESTERN RECONVEYANCE CORPORATION, a foreign corporation registered in Nevada, FEDERAL NATIONAL MORTGAGE ASSOCIATION, INC., a foreign corporation registered in Nevada, inclusive,

                 Defendants.

Case No: 3:10-cv-00084-RCJ-RAM

**ORDER GRANTING**
**STIPULATION TO DISMISS**
**WITH PREJUDICE**

IT IS HEREBY STIPULATED by and between Plaintiff, BENITO R. PUENTES and Defendants, BANK OF AMERICA, N.A., CAL-WESTERN RECONVEYANCE CORPORATION, and FEDERAL NATIONAL MORTGAGE ASSOCIATION, INC. through their respective designated counsel, that the above captioned action and all related actions be and hereby are dismissed with prejudice. Each party to bear their own costs.

IT IS SO ORDERED.
Dated: This 29th day of July, 2010.

_____
Robert C. Jones
United States District Judge